UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRIMES,<br><br>           Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>           Respondent. | No. EDCV 17-2140-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: October 26, 2017

                                              OTIS D. WRIGHT II
                                         United States District Judge